HUMBOLDT EXPLORATION CO., Appellant, v. FRITSCH, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Humboldt Exploration Company against Frank Fritsch. I. N. Miller, for appellant. R. Link, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HURLEY, Respondent, v. ALLMAN GAS ENGINE & MACHINE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by John P. Hurley, as trustee in bankruptcy, etc., against the Allman Gas Engine & Machine Company. No opinion. Judgment of the Municipal Court, in so far as appealed from, reversed, with costs, upon the ground that the taxation was without authority of law. See, also, 144 App. Div. 300, 129 N. Y. Supp. 14.

HURLEY, Respondent, v. J. & E. HOMAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by John P. Hurley, as trustee, etc., against the J. & E. Homan Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

INSON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Charles Inson against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

INVESTORS' AGENCY, Respondent, v. WOODSIDE HEIGHTS LAND CORP., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the Investors' Agency against the Woodside Heights Land Corporation. S. Sayers, for appellant. S. H. Olin, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. DOWLING, J., dissents.

ISKE, Respondent, v. CITY OF NEW YORK, Appellant. Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Louise Iske against the City of New York. C. L. Barber, for appellant. E. Van Dernoot, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

IVORY CHEMICAL CO. v. AMERICAN DRUGGISTS' SYNDICATE. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Ivory Chemical Company against the American Druggists' Syndicate. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

131 N.Y.S.—71

JACOBS, Appellant, v. H. J. KOEHLER SPORTING GOODS CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Henry Jacobs as administrator, etc., of Charles Jacobs, deceased, against the H. J. Koehler Sporting Goods Company. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that on this record the questions as to defendant's negligence and decedent's freedom from contributory negligence should have been submitted to the jury.

In re JAFFE. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Moses Jaffe. No opinion. Reference ordered to official referee. Settle order on notice.

In re JAFFER. (Supreme Court, Appellate Division, First Department. October 20, 1911.) In the matter of Abram S. Jaffer. No opinion. Proceeding dismissed. Settle order on notice.

JENNE, Respondent, v. OTIS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by William Jenne against the Otis Elevator Company. No opinion. Motion granted, without costs. See, also, 129 N. Y. Supp. 1129.

JERAM v. ALBANY SAVINGS BANK (two cases). (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Margaret D. Jeram, as executrix, etc., against the Albany Savings Bank. No opinion. Order, so far as appealed from, reversed, with $10 costs and disbursements payable out of the fund.

J. L. MOTT IRON WORKS, Respondent, v. SANDER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by J. L. Mott Iron Works against Lee Sander and others. M. Lessler and A. W. Weil, for appellants. J. B. Baer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHNSTONE, Respondent, v. BURHANS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Ruth A. Johnstone against Mary E. Burhans and others. R. M. Martin, for appellants. T. G. Flaherty, for respondent. No opinion. Judgment (68 Misc. Rep. 484, 124 N. Y. Supp. 465) affirmed, with costs. Order filed.

In re JOHNSTON'S WILL. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of